**FILED**
12:52 pm Aug 21 2018
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18-MJ-3038 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE THOMAS M. |
| | ) | PARKER |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT KIESSLING, | ) | MOTION TO UNSEAL CRIMINAL |
| AKA DF44, | ) | COMPLAINT |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Matthew J. Cronin, Assistant United States Attorney, and respectfully moves the Court for an Order unsealing the criminal complaint filed under Case No. 1:18MJ3038.

The United States originally moved for the criminal complaint in Case No. 1:18MJ3038 be ordered sealed based on the concerns that the complaint, if publicly available, could jeopardize an ongoing U.S. and Canadian law enforcement investigation. After this Court ordered the sealing of the complaint, the United States learned that the Defendant, Robert Kiessling, died after Canadian law enforcement arrested him and released him on bond.

Accordingly, the United States of America respectfully moves the Court to enter an Order

unsealing the criminal complaint filed in Case No. 1:18MJ3038 for the purposes of dismissing said complaint due to the death of defendant.

                                                  Respectfully submitted,

                                                  JUSTIN E. HERDMAN
                                                 United States Attorney

By:   _____
                                               Matthew J. Cronin (VA: 80267)
                                               Assistant United States Attorney
                                               United States Court House
                                               801 West Superior Avenue, Suite 400
                                               Cleveland, OH 44113
                                               (216) 622-3955
                                               (216) 522-7499 (facsimile)
                                               Matthew.Cronin@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August 2018 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                                  Matthew J. Cronin
                                                  Assistant U.S. Attorney